| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
OCT 21 1998
Michael N. Milby, Clerk

| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, | § § § |
|---|---|
| Plaintiff, | § § |
| versus | § § |
| STANISLAW R. BURZYNSKI, M.D., and BURZYNSKI RESEARCH INSTITUTE, INC., | § § § § |
| Defendants. | § |

CIVIL ACTION H-95-5486

## JUDGMENT FOR ATTORNEYS' FEES AND COSTS

Provident Life & Accident Insurance Company shall recover from Stanislaw R. Burzynski the sum of $56,421.55 in attorneys' fees and $12,136.86 in costs, plus post-judgment interest on the total at the rate of 4.73% per annum, compounded annually, until paid.

SIGNED at Houston, Texas, this 20th day of October, 1998.

Marcia A. Crone
United States Magistrate Judge

